UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DARRELL WOODS, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:15CV13 CDP |
| RICKY HAYS, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before me for calculation of plaintiff's initial partial filing fee. Plaintiff previously claimed to have a financial hardship, and the Court did not require him to pay the initial filing fee at the beginning of this case. He has submitted a recent account statement, which shows that he has an average monthly deposit of $89. Under 28 U.S.C. § 1915(b), he is required to pay an initial partial filing fee of $18. Plaintiff's account statement shows that he spends his money on discretionary items at the canteen. He is not suffering a financial hardship. So, if he does not timely pay the initial filing fee, I will dismiss this action without further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial partial filing fee of $18 no later than **September 1, 2015**. No extensions will be granted.

Dated this 11th day of August, 2015.

*/s/ Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE