UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| DARRELL WOODS, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:15CV13 CDP |
| RICKY HAYS, et al., | ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff Darrell Woods moves to compel defendants to respond to outstanding discovery requests and also moves for the appointment of counsel. The motions will be denied.

In his motion to compel, Woods contends that defendants failed to respond to his October 2015 discovery request that they produce documents related to certain administrative inquiries. Upon receipt of Woods' motion, defendants provided Woods answers to his discovery request. Woods' motion to compel is therefore moot. Because Woods has not demonstrated that sanctions are appropriate for defendants' untimely response, his alternative request for sanctions will be denied.

Woods also requests the appointment of counsel to assist him with the continued litigation of his claims. As stated in my Memorandum and Order

entered August 5, 2015, Woods has demonstrated that he can adequately present his claims in this non-complex case to the Court; indeed, he has recently shown his ability to adequately use appropriate procedures and processes to secure evidence he feels necessary to support his claims. I will therefore deny Woods' current request for the appointment of counsel.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Darrell Woods' Motion to Compel [30] is denied as moot. Woods' alternative request for sanctions is denied.

**IT IS FURTHER ORDERED** that plaintiff Darrell Woods' Motion for Appointment of Counsel [32] is denied without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2016.