# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-CV-00013-CDP |
| | ) | |
| RICKY HAYS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff submitted a notice of appeal without either paying the filing fee or submitting a motion to proceed in forma pauperis. The United States Court of Appeals for the Eighth Circuit has remanded the case for a determination of plaintiff's in forma pauperis status.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $505 appellate filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his notice of appeal.

**IT IS FURTHER ORDERED** that the Clerk shall mail plaintiff a copy of the Court's form "Application to Proceed In District Court Without Prepaying Fees or Cost."

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will deny in forma pauperis status.

Dated this 19th day of April, 2018.

_____
**CATHERINE D. PERRY**
**UNITED STATES DISTRICT JUDGE**